

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AES:SCJ
F. #20101R02175

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 16, 2020

BY ECF

The Honorable Sandra J. Feuerstein
Eastern District of New York
1030 Federal Plaza
Central Islip, New York 11722

      Re: United States v. Zahid Baig
           Criminal Docket No. 13-351 (SJF)

Dear Judge Feuerstein:

      The Court has ordered the government to provide the defendant Zahid Baig with an accounting of the payments made to the victims he is obligated to compensate such that he can determine whether the modified restitution order and judgment in the amount of $1,252,342.48 has been fully-satisfied. ECF No. 368. To date, $53,339.08 in restitution has been paid by the defendants in the above-referenced case, including $3,833.60 paid by the defendant. Therefore, approximately $1,199,003.40 is still outstanding and due.

      Respectfully submitted,

      SETH D. DuCHARME
      United States Attorney

By:     /s/
      Shannon C. Jones
      Assistant U.S. Attorney
      (718) 254-6379

Cc:    Clerk of the Court (by ECF)
       Defense Counsel (by ECF)